# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

163275 & (32)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JACOB LANGSTON-PORTER LABELLE,
    Defendant-Appellant.

SC: 163275
COA: 357514
Washtenaw CC: 18-000596-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 12, 2021 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending the completion of this appeal.

MCCORMACK, C.J., did not participate due to her preexisting relationship with a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



b0810

Clerk